THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERBERT GILMORE, Appellant, against VERNON A. MORHOUS, as Warden of Great Meadow Prison, Respondent.

Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Accounting of WILLIAM T. STEWART, as Committee of ROBERT M. STEWART, Formerly an Incompetent Person, Appellant. ROBERT M. STEWART, Respondent.— The court also reverses the order insofar as it directs payment of allowances to the attorney for petitioner and the attorney for the committee. Any allowances which should be made should be fixed by the Special Term. Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ., concur.

YETA RUBENSTEIN, Respondent, v. EVA ARBEITMAN, Appellant.— The action was for breach of warranty and fraud in the making of a lease. The plaintiff showed without contradiction that the defendant leased to the plaintiff a boarding house in the county of Sullivan and in inducing the making of the lease represented that the water, sewage and plumbing systems were in good condition and that the premises included bathing privileges in the Mongaup river. These representations, the plaintiff's reliance upon them and the amount of the damages were conceded. The defendant denied their falsity and her knowledge of the same. The evidence showed, however, that defendant knew that another person owned the land along the river at the point in question and that she had no rights therein. It was also shown that she knew that the water and sewage systems were not in good condition. Judgment unanimously affirmed with costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.